Shawn L. BROCK, Appellant,

v.

STATE of Florida, Appellee.

No. 5D16–715.

District Court of Appeal of Florida, Fifth District.

July 15, 2016.

Shawn L. Brock, Daytona Beach, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

We affirm the summary denial of Appellant's motion to correct illegal sentence

without prejudice to the trial court correcting the scrivener's error on the judgment and sentence, so as to confirm that Appellant's conviction on Count III was previously vacated.

AFFIRMED.

SAWAYA, TORPY and EVANDER, JJ., concur.